BRYAN SCHRODER
United States Attorney

WILLIAM TAYLOR
JAMES KLUGMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 23
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: william.taylor@usdoj.gov
Email: james.klugman@usdoj.gov

MARTY WOELFLE
Trial Attorney
Organized Crime & Gang Section
U.S. Department of Justice
Email: marty.woelfle@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>FILTHY FUHRER, a/k/a "Fuck Face," a/k/a Timothy Lobdell,<br>ROY NAUGHTON, a/k/a "Thumper,"<br>GLEN BALDWIN, a/k/a "Glen Dog,"<br>COLTER O'DELL,<br>CRAIG KING, a/k/a "Oakie," and<br>BEAU COOK,<br><br>        Defendants. | No. 3:19-cr-00026-TMB-DMS<br><br>COUNT 1:<br>VICAR CONSPIRACY<br>Vio. of 18 U.S.C. § 1959(a)(5)<br><br>COUNT 2:<br>VICAR KIDNAPPING<br>Vio. of 18 U.S.C. § 1959(a)(1)<br><br>COUNT 3:<br>VICAR ASSAULT<br>Vio. of 18 U.S.C. § 1959(a)(3) |

|  | ) | COUNT 4: |
|---|---|---|
|  | ) | KIDNAPPING |
|  | ) | Vio. of 18 U.S.C. § 1201(a)(1) |
|  | ) |  |
|  | ) | COUNT 5 |
|  | ) | VICAR MURDER |
|  | ) | Vio. of 18 U.S.C. § 1959(a)(1) |
|  | ) |  |
|  | ) | COUNT 6 |
|  | ) | VICAR ASSAULT |
|  | ) | Vio. of 18 U.S.C. § 1959(a)(3) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1
VIOLENT CRIMES IN AID OF RACKETEERING ("VICAR") CONSPIRACY

General Allegations
The Racketeering Enterprise: the 1488s

1. At all times relevant to this Indictment, the defendants FILTHY FUHRER, a/k/a "Fuck Face," a/k/a Timothy Lobdell, ROY NAUGHTON, a/k/a "Thumper," GLEN BALDWIN, a/k/a "Glen Dog," COLTER O'DELL, BEAU COOK, CRAIG KING, a/k/a "Oakie," and others, known and unknown, were members and associates of the 1488 gang (collectively, the "1488s"), a criminal organization whose members and associates engaged in narcotics distribution, firearms trafficking, and acts of violence involving murder, assault, and kidnapping. At all times relevant to this Indictment, the 1488s operated throughout Alaska and elsewhere.

2. The 1488 gang, including its leaders, members, and associates, constituted an "enterprise" as defined in Title 18, United States Code, Section 1959(b)(2): that is, a group of individuals associated in fact that engaged in, and the activities of which
Page 2 of 12

affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

### Structure and Operation of the Enterprise

3. The structure and operation of the 1488s included, but were not limited to, the following:

    a. At all times relevant to this Indictment, the 1488s were a violent, race-based, "whites only" prison-based gang with approximately 50 to 100 members operating in Alaska and inside and outside of penal institutions throughout Alaska and elsewhere. The 1488s offered protection to white inmates if they joined the gang. All 1488s gang members were required to "be white, look white and act white."

    b. The 1488s were established in approximately 2010 within the Alaska Department of Corrections ("DOC") and by Alaskan inmates incarcerated within the Colorado and Arizona Departments of Corrections through interstate compact agreements. Recently, the 1488s structure and influence expanded to rural and suburban areas throughout Alaska. The 1488s were relatively small in comparison to other prison-based gangs, but grew in stature and influence within the DOC and other institutions.

    c. The 1488s organizational structure was laid out in written "rules" widely distributed to members throughout Alaska and elsewhere. The rules included procedures and a code of conduct. The structure of the 1488s evolved over time, and continued to evolve as prospects were added and members entered and left incarceration.

d. The 1488s referred to the gang as the "Family," and to each other as "Brothers." The 1488s were overseen and directed by leaders who were referred to by some gang members as the "Bosses." These leaders had ultimate authority in all gang matters. Subordinate members served to support the leaders and to enforce gang members' discipline and adherence to 1488s' rules and laws. Each penal facility had a "Key Holder" who was responsible for all gang matters within the facilities where 1488s had a presence, and in "free world" Alaska. The 1488s had certain members designated as "Enforcers," who were responsible for enforcing the rules and to perform tasks as assigned by higher ranking gang members.

e. The "14" in 1488 refers to a 14-word slogan used by white nationalists and white supremacists: "We must secure the existence of our people and a future for white children." The "88" refers to the 88 precepts written by white supremacist David Lane. The "88" also stands for "Heil Hitler," as "H" is the 8th letter of the alphabet.

f. The 1488s used Nazi-derived symbols to identify themselves and demonstrate their affiliation with the gang. Members often had tattoos incorporating one or more Nazi-style symbols including, but not limited to, the Iron Cross, Swastika, and Schutzstaffel ("SS") lightning bolts. The most coveted tattoo of 1488s members was the 1488s "patch" (an Iron Cross superimposed over a Swastika) that could be worn only by "made" members who generally gained full membership by committing an act of violence on behalf of the gang.

g. Once released from incarceration, 1488 gang members were required to remain loyal to the gang and were required to report to outside leaders to further the goals of the 1488s through criminal activity. Members were required to attend meetings, which were referred to as "church," to discuss and conduct 1488 gang business.

h. One goal of the 1488s was to enlist new members, who were recruited from inside and outside penal institutions. In order to be considered for membership, a person had to be sponsored by a 1488 member. The 1488s did not accept homosexuals, "rats," or individuals who had been charged with sex offenses. The 1488s boasted that they would not permit new members to join merely on the basis of "hustle, money or friendship." Instead, they claimed that only "violence and unquestionable loyalty" could earn a patch. Once sponsored, a prospective member ("prospect") had to serve a term of at least 14 months, during which he was observed by the 1488s. During this period, the prospect was required to learn the 1488s' rules and regulations. Prospects were considered part of the 1488's family and entitled to the full protection of the gang. At the end of the prospect's term, his final admission was submitted to the full 1488 membership for a vote. The vote to admit had to be unanimous.

i. In addition to members and prospects, the enterprise included those closely affiliated with the 1488s, "associates." Women were not allowed membership in the 1488s, but were often allowed or required to participate in gang activities and to comply with gang rules. Among other forms of assistance, associates smuggled drugs and other items of contraband to imprisoned gang members.

## Purposes of the Enterprise

4. The purposes of the enterprise included, but were not limited to, the following:

    a. Enriching the leaders, members, and associates of the enterprise through, among other things, illegal trafficking of controlled substances and firearms, often in interstate commerce.

    b. Preserving, protecting, and enhancing the power, territory, reputation, and profits of the enterprise through the use of threats, intimidation, and violence including, but not limited to, acts involving murder, assault, obstruction of justice, and other acts of violence.

    c. Keeping individuals inside and outside penal institutions in fear of the enterprise and its leaders and members through actual and threatened violence.

    d. Enhancing the ability of 1488s to conduct illegal activities such as buying and selling drugs through threats and acts of violence.

    e. Providing financial support to gang members who were incarcerated, and smuggling drugs and contraband into penal institutions for members to use and sell.

## Means and Methods of the Enterprise

5. The means and methods by which the leaders, members, and associates conducted and participated in the conduct of the affairs of the 1488s' criminal enterprise included the following:

a. The leaders of the enterprise directed, sanctioned, approved, and permitted other members and associates of the enterprise to carry out acts in furtherance of the enterprise.

b. Members and associates of the enterprise committed, conspired to commit, and threatened to commit acts of violence, including murder, attempted murder, kidnapping, robbery, assault, intimidation, and maiming to protect the enterprise's power and territory.

c. To generate income, members and associates of the enterprise engaged in illegal activities under the protection of the enterprise, including narcotics trafficking, weapons trafficking, and other illegal activities.

d. For protection and to carry out criminal conduct, members and associates of the enterprise acquired, carried and used firearms.

e. Members and associates of the enterprise employed and used gang-related terminology, symbols, phrases, and gestures to demonstrate affiliation with the gang.

f. To perpetuate the enterprise and to maintain and extend their power, members and associates of the enterprise committed and conspired to commit acts including murder, attempted murder, intimidation, and assault against individuals who posed a threat to the enterprise, including other 1488 gang members.

g. Members and associates of the enterprise used instrumentalities of interstate commerce including telephones and the United States mail in order to

communicate. Members of the enterprise talked in code when communicating over the telephone and/or in writing to avoid law enforcement detection.

h. Members and associates of the enterprise were forbidden from cooperating with law enforcement. Legal paperwork regarding members and associates was actively reviewed for signs of cooperation.

<u>Racketeering Activity</u>

6. The 1488 enterprise, through its members and associates, engaged in racketeering activity as defined in Sections 1959(b)(1) and 1961(1) of Title 18, United States Code, that is, multiple acts involving kidnapping, in violation of the Alaska Statutes § 11.41.300, and multiple offenses involving narcotics trafficking in violation of Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 846 (conspiracy to distribute and possess with intent to distribute a controlled substance) of Title 21, United States Code.

7. From in or about 2016 to in or about August, 2017, within the District of Alaska and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the 1488s, an enterprise engaged in racketeering activity, the defendants,

>    FILTHY FUHRER, a/k/a "Fuck Face," a/k/a Timothy Lobdell,
>    ROY NAUGHTON, a/k/a "Thumper"
>    GLEN BALDWIN, a/k/a "Glen Dog,"
>    COLTER O'DELL,
>    BEAU COOK, and
>    CRAIG KING, a/k/a "Oakie,"

did conspire with one another and with other persons known and unknown to the grand jury to kidnap Michael Staton, a/k/a "Steak Knife," in violation of Alaska Statute §

11.41.300, and to assault Michael Staton, a/k/a "Steak Knife" with a deadly weapon and with intent to inflict serious bodily injury in violation of Alaska Statute § 11.41.200.

All of which is in violation of Title 18, United States Code, Sections 1959(a)(5) and 1959(a)(6).

## COUNT 2
## VICAR KIDNAPPING

8. Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

9. On or about August 3, 2017, within the District of Alaska, for the purpose of gaining entrance to and maintaining and increasing position in the 1488s, an enterprise engaged in racketeering activity, the defendants,

> FILTHY FUHRER, a/k/a "Fuck Face," a/k/a Timothy Lobdell,
> ROY NAUGHTON, a/k/a "Thumper,"
> GLEN BALDWIN, a/k/a "Glen Dog,"
> COLTER O'DELL,
> BEAU COOK, and
> CRAIG KING, a/k/a "Oakie,"

together with others known and unknown to the grand jury, did knowingly and intentionally, kidnap Michael Staton, a/k/a "Steak Knife," in violation of Alaska Statute § 11.41.300.

All of which is in violation of Title 18, United States Code, Section 1959(a)(1).

## COUNT 3
## VICAR ASSAULT

10. Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

11. On or about August 3, 2017, within the District of Alaska, for the purpose of gaining entrance to and maintaining and increasing position in the 1488s, an enterprise engaged in racketeering activity, the defendants,

> FILTHY FUHRER, a/k/a "Fuck Face," a/k/a Timothy Lobdell,
> ROY NAUGHTON, a/k/a "Thumper,"
> GLEN BALDWIN, a/k/a "Glen Dog,"
> COLTER O'DELL,
> BEAU COOK, and
> CRAIG KING, a/k/a "Oakie,"

knowingly assaulted Michael Staton, a/k/a "Steak Knife," with a dangerous weapon, which resulted in serious bodily injury in violation of Alaska Statute § 11.41.200.

All of which is in violation of Title 18, United States Code, Section 1959(a)(3).

## COUNT 4
## KIDNAPPING

12. On or about August 3, 2017, within the District of Alaska, the defendants

> FILTHY FUHRER, a/k/a "Fuck Face," a/k/a Timothy Lobdell,
> ROY NAUGHTON, a/k/a "Thumper,"
> GLEN BALDWIN, a/k/a "Glen Dog,"
> COLTER O'DELL,
> BEAU COOK, and
> CRAIG KING, a/k/a "Oakie,"

along with others, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct and carry away for reward and otherwise Michael Staton, a/k/a "Steak Knife," and did aid and abet the seizing, confining, inveigling, decoying, kidnapping, abducting, and carrying away of Michael Staton, a/k/a "Steak Knife," which kidnapping resulted in death, and in committing and in furtherance of the commission of the offense, used a facility and instrumentality of interstate commerce, to wit, telephones.

All of which is in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT 5
## VICAR MURDER

13. Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

14. On or about August 3, 2017, within the District of Alaska, for the purpose of gaining entrance to and maintaining and increasing position in the 1488s, an enterprise engaged in racketeering activity, the defendants,

> FILTHY FUHRER, a/k/a "Fuck Face," a/k/a Timothy Lobdell,
> ROY NAUGHTON, a/k/a "Thumper,"
> GLEN BALDWIN, a/k/a "Glen Dog,"
> COLTER O'DELL,
> BEAU COOK and
> CRAIG KING, a/k/a "Oakie,"

knowingly murdered Michael Staton, a/k/a "Steak Knife," in violation of Alaska Statute §§ 11.41.110.

All of which is in violation of Title 18, United States Code, Section 1959(a)(1).

## COUNT 6
## VICAR ASSAULT

15. Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

16. On or about April 2, 2017, within the District of Alaska, for the purpose of gaining entrance to and maintaining and increasing position in the 1488s, an enterprise engaged in racketeering activity, the defendant,

ROY NAUGHTON, a/k/a "Thumper,"

with others known and unknown knowingly assaulted Jermiah Johnson, a/k/a "Mountain," with a dangerous weapon, in violation of Alaska Statute §§ 11.41.220.

All of which is in violation of Title 18, United States Code, Section 1959(a)(3).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ William A. Taylor
WILLIAM A. TAYLOR
United States of America
Assistant U.S. Attorney


s/ James Klugman
JAMES KLUGMAN
United States of America
Assistant U.S. Attorney


s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney

DATE:     3/19/19