Bradly A. Carlson
The Law Office of Bradly A. Carlson, L.L.C
310 K Street, Suite 200
Anchorage, AK 99501
P: (907) 264-6721
F: 1-866-372-6664
Email: brad@bcarlsonlaw.com

CJA Counsel for Defendant Craig King

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:19-cr-00026-TMB-DMS |
| | ) | |
| Plaintiff, | ) | **OPPOSITION TO MOTION FOR** |
| | ) | **PROTECTIVE ORDER** |
| vs. | ) | |
| | ) | |
| CRAIG KING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant, Craig King, by and through his attorney of record, Bradly A. Carlson of The Law Office of Bradly A. Carlson, L.L.C., hereby moves this Honorable Court to Deny, in part, the Government's Motion for Protective Order. This motion is supported by the following argument and a proposed Order denying, in part, the Government's motion.

The Court should deny the Government's motion because it infringes on Mr. King's ability to defend himself. The Government's stated reasons for the issuance of a Protective Order neither consider the burden that said Order would place on Mr. King nor does the motion consider other less restrictive means that could obtain the same objective.

Mr. King has the right to due process of law, which means a fair trial.[1] A fair trial means that Mr. King can meaningfully participate, and aid, in his defense. The Government is seeking an Order that would preclude Mr. King from adequately participating in his defense. Mr. King has a right to know the charges that he is facing, the evidence to support those charges, and the ability to defend those charges. The best way for Mr. King to defend his charges is to have unlimited access to his discovery. Currently, Mr. King is being held in jail pending trial. While in jail, Mr. King will have the ability to spend nearly all his day reviewing his discovery, researching the law in certain areas, and provide meaningful assistance to his attorney in defending his case.

The Government's proposed plan overlooks Mr. King's rights. In its motion, the Government argues that good cause exists because "[u]nregulated dissemination of the discovery in this case creates a substantial risk of endangering witnesses and compromising the government's investigation."[2] By making this argument, the Government fails to mention that all of the co-defendants have now been arrested, the investigation is complete, and the discovery is currently at its processing center being prepared to turnover to counsel. In short, Mr. King personally receiving, and having routine access to his discovery, will not hinder the Government's investigation because it is no longer taking place.

Mr. King does acknowledge that there is a risk of other inmates obtaining his discovery. This risk, however, is a concern in any criminal matter where a person is in jail pending trial, and under the Government's position, no person charged with a crime

---

[1] U.S. CONST. AMEND V.
[2] Pls.' Mot., page 2, dated Apr. 4, 2019.

should have his or her discovery because it could get out to other inmates. There are other less restrictive means to accomplish the Government's objective. For example, the Government could provide defense counsel with unredacted discovery, that is governed by a protective order, and it could provide a second copy that is redacted for Personally Identifiable Information. Under this approach, Mr. King would have unfettered access to the redacted copy, which would allow him to prepare for trial. Mr. King could use the redacted copy to identify flaws in the Government's case, identify exculpatory material, and identify questions and strategy to speak to his attorney with during attorney-client meetings. The Government's approach of limiting the distribution of discovery to defense counsel is impractical because there is no way that Mr. King can read, understand, synthesize, and assist his defense counsel while reading the material on a laptop during meetings that are regulated in duration between meals, "count," and limited attorney rooms for in-person contact.

In its motion, the Government raises concerns for potential victims and witnesses.[3] In support of its position, the Government argues that "[i]t is worth recalling that the defendants established this criminal enterprise from within the confines of a maximum security prison."[4] This assertion and argument does not apply to Mr. King. A review of Mr. King's criminal history establishes that he has not spent lengthy time in prison, he was never in a maximum-security facility, and he has not been in jail (not prison) for years. Instead, the Government is taking the position that the 1488s are a ruthless prison gang, it thinks Mr. King is a 1488, and therefore Mr. King should be

---

[3] *Id*.
[4] *Id*. at 4.

precluded to the routine access of his discovery.  Moreover, the Government presents no evidence that it actually has concerns for victims and potential witnesses at the current location where Mr. King resides.  Instead, the Government is making general assertions about a known prison gang and asking the Court to  automatically apply its position to Mr. King.

Finally, the Government addressed its concerns for victims and witnesses, but it does not address how its proposed plan will support Mr. King's right to a fair trial.  Mr. King, not an unidentified victim or witness, is the one who is at risk of spending the remainder of his life in prison.  Mr. King needs adequate time to process his discovery, so that he can meaningfully participate in his defense.  This cannot be completed purely from attorney-client meetings.

For those reasons, Mr. King respectfully request this Honorable Court to deny, in part, the Government's motion and enter an Order that balances Mr. King's constitutional right to due process while adequately addressing the Government's concerns.

Respectfully submitted this 6th day of April 2019.

/S/ Bradly A. Carlson
310 K Street, Suite 200
Anchorage, AK 99501
P: (907) 264-6721
F: 1-866-372-6664
Alaska Bar No. 1606056

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of April 2019, a true and accurate copy of the Opposition has been caused to be served via electronic filing to the parties, including:

AUSA Andrew James Klugman
AUSA William Arthur Tayler

<u>/S/ Bradly A. Carlson</u>
Bradly A. Carlson