Bradly A. Carlson
Cynthia A. Franklin
The Law Office of Bradly A. Carlson, L.L.C
345 G. St, Suite 100 #558
Anchorage, AK 99501
P: (907) 677-8111
F: (907) 917-2075
Email: brad@bcarlsonlaw.com

CJA Counsels for Defendant Craig King

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:19-cr-00026-TMB-DMS |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **MOTION TO FILE UNDER SEAL DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR RELEASE TO HOUSE OF TRANSFORMATION** |
| CRAIG KING, | ) ) | |
| Defendant. | ) ) | |

COMES NOW Defendant, Craig King, by and through his counsel, Cynthia A. Franklin with The Law Office of Bradly A. Carlson, LLC, and hereby moves this Court to allow a sealed filing of the Declaration of Counsel in Support of Motion to Release Defendant to House of Transformation to Prepare for Trial. This declaration contains names and information sourced from documents subject the Court's protective order.

DATED this 14th day of April 2021.

MOTION TO FILE UNDER SEAL MOTION TO RELEASE
TO HOUSE OF TRANSFORMATION TO PREPARE FOR TRIAL
Page 1 of 2

*United States v. King, et al.*
Case No.: 3:19-cr-00026_TMB-DMS

Case 3:19-cr-00026-TMB-DMS   Document 720   Filed 04/14/21   Page 1 of 2

/S/ Cynthia Franklin
645 G Street, Suite 100 #558
Anchorage, Alaska 99501
P: (907) 677-8111
F: 1-907-917-2075
Alaska Bar No. 0710057

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of April 2021, a true and accurate copy of the Motion has been caused to be served via electronic filing to the parties, including:

AUSA Andrew James Klugman
AUSA William Arthur Tayler

/S/ Cynthia Franklin
Cynthia Franklin

MOTION TO FILE UNDER SEAL MOTION TO RELEASE
TO HOUSE OF TRANSFORMATION TO PREPARE FOR TRIAL *United States v. King, et al.*
Page 2 of 2                                     Case No.: 3:19-cr-00026_TMB-DMS

Case 3:19-cr-00026-TMB-DMS   Document 720   Filed 04/14/21   Page 2 of 2