IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FILTHY FUHRER, ROY NAUGHTON, GLEN BALDWIN, COLTER O'DELL, and CRAIG KING,

        Defendants.

No. 3:19-cr-00026-TMB-SAO

# **<u>VERDICT FORMS</u>**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

FILTHY FUHRER,

               Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 1**

We the Jury, find the defendant FILTHY FUHRER,

             **Not Guilty**     **Guilty**

                  *[circle one]*

of the crime of Racketeering Conspiracy, as charged in Count 1 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

FILTHY FUHRER,

          Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 2**

We the Jury, find the defendant FILTHY FUHRER,

      **Not Guilty**      **Guilty**

*[circle one]*

of the crime of VICAR Conspiracy, as charged in Count 2 of the First Superseding Indictment.

If you find the defendant, FILTHY FUHRER, guilty as to Count 2, you must further unanimously find that he conspired to commit one, or both, of the following crimes:


**Kidnapping**     **Assault**

*[If you find the defendant guilty, you must circle at least one, however, you may circle all that apply].*

DATED this **29** day of **April** , 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

FILTHY FUHRER,

              Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 3**

We the Jury, find the defendant FILTHY FUHRER,

**Not Guilty**      

*[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 3 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

FILTHY FUHRER,

          Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 4**

We the Jury, find the defendant FILTHY FUHRER,

**Not Guilty**    **Guilty**

*[circle one]*

of the crime of Kidnapping Resulting in Death, as charged in Count 4 of the First Superseding Indictment.

DATED this **29** day of **April** , 2022.

<Juror # 2 Signature Redacted

JURY FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                       Plaintiff,

vs.

FILTHY FUHRER,

                       Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 5**

We the Jury, find the defendant FILTHY FUHRER,

**Not Guilty**       **Guilty**

*[circle one]*

of the crime of VICAR Murder, as charged in Count 5 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted
_____
JURY FOREPERSON

5

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

FILTHY FUHRER,

               Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 6**

We the Jury, find the defendant FILTHY FUHRER,

**Not Guilty**      

*[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 7 of the First Superseding

Indictment.

DATED this **29** day of *April*, 2022.

Juror # 2 Signature Redacted
_____
JURY FOREPERSON

6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FILTHY FUHRER,<br><br>        Defendant. | No. 3:19-cr-00026-TMB-SAO |

## **VERDICT FORM 7**

We the Jury, find the defendant FILTHY FUHRER,

**Not Guilty**          **(Guilty)**

*[circle one]*

of the crime of Kidnapping, as charged in Count 8 of the First Superseding Indictment.

DATED this **29** day of **April** , 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FILTHY FUHRER,

Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 8**

We the Jury, find the defendant FILTHY FUHRER,

Not Guilty     **Guilty**

*[circle one]*

of the crime of VICAR Assault, as charged in Count 9 of the First Superseding Indictment.

DATED this **29** day of **April** , 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

FILTHY FUHRER,

               Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 9**

We the Jury, find the defendant FILTHY FUHRER,

**Not Guilty**       **(Guilty)**

*[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 10 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

9

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

FILTHY FUHRER,

                Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 10**

We the Jury, find the defendant FILTHY FUHRER,

**Not Guilty**        **Guilty**

*[circle one]*

of the crime of Kidnapping, as charged in Count 11 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FILTHY FUHRER,

Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 11**

We the Jury, find the defendant FILTHY FUHRER,

**Not Guilty**     **Guilty**

*[circle one]*

of the crime of VICAR Assault, as charged in Count 12 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                       Plaintiff,

    vs.

ROY NAUGHTON,

                       Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 12**

We the Jury, find the defendant ROY NAUGHTON,

                **Not Guilty**      

*[circle one]*

of the crime of Racketeering Conspiracy, as charged in Count 1 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ROY NAUGHTON,

                Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 13**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**      **(Guilty)**

*[circle one]*

of the crime of VICAR Conspiracy, as charged in Count 2 of the First Superseding Indictment.

If you find the defendant, ROY NAUGHTON, guilty as to Count 2, you must further unanimously find that he conspired to commit one, or both, of the following crimes:

**(Kidnapping)**      **(Assault)**

*[If you find the defendant guilty, you must circle at least one, however, you may circle all that apply].*

DATED this **29** day of **April** , 2022.

Juror # 2 Signature Redacted
_____
JURY FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ROY NAUGHTON,

                Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 14**

We the Jury, find the defendant ROY NAUGHTON,

           **Not Guilty**        (**Guilty**)

                *[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 3 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

                Juror # 2 Signature Redacted

                JURY FOREPERSON

14

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ROY NAUGHTON,

          Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 15**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**        (**Guilty**)

*[circle one]*

of the crime of Kidnapping Resulting in Death, as charged in Count 4 of the First Superseding Indictment.

DATED this **29** day of _April_ , 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

15

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ROY NAUGHTON,

     Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 16**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**  **(Guilty)**

*[circle one]*

of the crime of VICAR Murder, as charged in Count 5 of the First Superseding Indictment.

DATED this _29_ day of _April_, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

16

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROY NAUGHTON,

Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 17**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**     **Guilty**

*[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 7 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

17

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ROY NAUGHTON,

                Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 18**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**       **(Guilty)**

*[circle one]*

of the crime of Kidnapping, as charged in Count 8 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted
_____
JURY FOREPERSON

18

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.                                                    No. 3:19-cr-00026-TMB-SAO

ROY NAUGHTON,

                    Defendant.

## **VERDICT FORM 19**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**          **Guilty**

*[circle one]*

of the crime of VICAR Assault, as charged in Count 9 of the First Superseding Indictment.


DATED this **29** day of **April**, 2022.


                                        Juror # 2 Signature Redacted

                                        JURY FOREPERSON

19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ROY NAUGHTON,

                Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 20**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**       ( **Guilty** )

*[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 10 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

_____

JURY FOREPERSON

20

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROY NAUGHTON,

        Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 21**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**    ( **Guilty** )

*[circle one]*

of the crime of Kidnapping, as charged in Count 11 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted
_____
JURY FOREPERSON

21

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.                                                     No. 3:19-cr-00026-TMB-SAO

ROY NAUGHTON,

                    Defendant.

## **VERDICT FORM 22**

We the Jury, find the defendant ROY NAUGHTON,

**Not Guilty**          **Guilty**

*[circle one]*

of the crime of VICAR Assault, as charged in Count 12 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

22

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                          Plaintiff,

vs.                                                    No. 3:19-cr-00026-TMB-SAO

GLEN BALDWIN,

                          Defendant.

## **VERDICT FORM 23**

We the Jury, find the defendant GLEN BALDWIN,

**Not Guilty**          (**Guilty**)

*[circle one]*

of the crime of Racketeering Conspiracy, as charged in Count 1 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

_____

JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

GLEN BALDWIN,

            Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 24**

We the Jury, find the defendant GLEN BALDWIN,

**Not Guilty**     **(Guilty)**

*[circle one]*

of the crime of VICAR Conspiracy, as charged in Count 2 of the First Superseding Indictment.

If you find the defendant, GLEN BALDWIN, guilty as to Count 2, you must further unanimously find that he conspired to commit one, or both, of the following crimes:

**(Kidnapping)**     **(Assault)**

*[If you find the defendant guilty, you must circle at least one, however, you may circle all that apply].*

DATED this **29** day of **April** , 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

24

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                  Plaintiff,

vs.

GLEN BALDWIN,

                  Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 25**

We the Jury, find the defendant GLEN BALDWIN,

**Not Guilty**   **Guilty**

*[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 3 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

GLEN BALDWIN,

               Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 26**

We the Jury, find the defendant GLEN BALDWIN,

               **Not Guilty**      **Guilty**

*[circle one]*

of the crime of Kidnapping Resulting in Death, as charged in Count 4 of the First Superseding Indictment.

DATED this <u>29</u> day of <u>April</u>, 2022.

Juror # 2 Signature Redacted

<u>                   </u>
JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

GLEN BALDWIN,

     Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 27**

We the Jury, find the defendant GLEN BALDWIN,

    **Not Guilty**   **Guilty**

*[circle one]*

of the crime of VICAR Murder, as charged in Count 5 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.                                                    No. 3:19-cr-00026-TMB-SAO

COLTER O'DELL,

                              Defendant.

## **VERDICT FORM 28**

We the Jury, find the defendant COLTER O'DELL,

**Not Guilty**           **Guilty**

*[circle one]*

of the crime of Racketeering Conspiracy, as charged in Count 1 of the First Superseding

Indictment.

DATED this **29** day of **April** , 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

COLTER O'DELL,

               Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 29**

We the Jury, find the defendant, COLTER O'DELL,

**Not Guilty**    (**Guilty**)

*[circle one]*

of the crime of VICAR Conspiracy, as charged in Count 2 of the First Superseding Indictment.

If you find the defendant, COLTER O'DELL, guilty as to Count 2, you must further unanimously find that he conspired to commit one, or both, of the following crimes:

(**Kidnapping**)    (**Assault**)

*[If you find the defendant guilty, you must circle at least one, however, you may circle all that apply].*

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

29

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

COLTER O'DELL,

Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 30**

We the Jury, find the defendant COLTER O'DELL,

**Not Guilty**          **Guilty**

*[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 3 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

30

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

COLTER O'DELL,

               Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 31**

We the Jury, find the defendant COLTER O'DELL,

        **Not Guilty**        **(Guilty)**

*[circle one]*

of the crime of Kidnapping Resulting in Death, as charged in Count 4 of the First Superseding Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

31

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

COLTER O'DELL,

                Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 32**

We the Jury, find the defendant COLTER O'DELL,

**Not Guilty**      **(Guilty)** 

*[circle one]*

of the crime of VICAR Murder, as charged in Count 5 of the First Superseding Indictment.

DATED this 29 day of April, 2022.

Juror # 2 Signature Redacted
_____
JURY FOREPERSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CRAIG KING,

                Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 33**

We the Jury, find the defendant CRAIG KING,

**Not Guilty**　　　（**Guilty**）

*[circle one]*

of the crime of Racketeering Conspiracy, as charged in Count 1 of the First Superseding

Indictment.

DATED this **29** day of **April** , 2022.

Juror # 2 Signature Redacted

_____

JURY FOREPERSON

33

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

CRAIG KING,

               Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 34**

We the Jury, find the defendant CRAIG KING,

**Not Guilty**      **(Guilty)**

*[circle one]*

of the crime of VICAR Conspiracy, as charged in Count 2 of the First Superseding Indictment.

If you find the defendant, CRAIG KING, guilty as to Count 2, you must further unanimously find that he conspired to commit one, or both, of the following crimes:

**(Kidnapping)**      **(Assault)**

*[If you find the defendant guilty, you must circle at least one, however, you may circle all that apply].*

DATED this **29** day of **April**, 2022.



&lt;Juror # 2 Signature Redacted

JURY FOREPERSON

34

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CRAIG KING,

Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 35**

We the Jury, find the defendant CRAIG KING,

**Not Guilty**          **Guilty**

*[circle one]*

of the crime of Kidnapping Conspiracy, as charged in Count 3 of the First Superseding

Indictment.

DATED this **29** day of **April**, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

35

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CRAIG KING,

Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 36**

We the Jury, find the defendant CRAIG KING,

**Not Guilty**     **Guilty**

*[circle one]*

of the crime of Kidnapping Resulting in Death, as charged in Count 4 of the First Superseding Indictment.

DATED this **29** day of *April*, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

36

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CRAIG KING,

                Defendant.

No. 3:19-cr-00026-TMB-SAO

## **VERDICT FORM 37**

We the Jury, find the defendant CRAIG KING,

**Not Guilty**       **Guilty**

*[circle one]*

of the crime of VICAR Murder, as charged in Count 5 of the First Superseding Indictment.

DATED this __29__ day of __April__, 2022.

Juror # 2 Signature Redacted

JURY FOREPERSON

37